IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00440-REB-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1999 Ford Expedition VIN 1FMPU18L1XLA65404,

       Defendant.

---

ORDER FOR WARRANT AND SUMMONS FOR ARREST OF PROPERTY *IN REM*

---

       Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over defendant 1999 Ford Expedition, VIN 1FMPU18L1XLA65404 ("defendant Expedition"), and it appears, for the reasons and causes set forth in the Complaint that there is probable cause to believe the defendant Expedition is subject to a decree of forfeiture, and that a Warrant and Summons for Arrest of defendant Expedition should enter.

       IT IS THEREFORE ORDERED AND DECREED that a Warrant and Summons for Arrest of Property *In Rem* for defendant Expedition shall issue as prayed for, and that the United States Marshals Service or its representatives be directed to arrest and seize the defendant Expedition.

       IT IS FURTHER ORDERED that a return of this Warrant and Summons shall be promptly made to the Court; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against defendant Expedition shall file their Verified Statement of Interest with the Clerk of this Court pursuant to Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the earlier of (1) receiving actual notice of execution of process, or (2) last publication of notice under Rule C(4), or after such additional time as the Court may allow, and shall serve and file their Answers to the Verified Complaint within twenty (20) days after the filing of the Verified Statement of Interest with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell for the District of Colorado14th day of March, 2006.

BY THE COURT:

s/ Robert E. Blackburn

_____
UNITED STATES DISTRICT JUDGE